|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Raymond Ballister Jr., Esq., SBN 111282<br>Phyl Grace, Esq., SBN 171771 |
| 3 | Russell Handy, Esq., SBN 195058<br>Dennis Price, Esq., SBN 279082 |
| 4 | 8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax<br>amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff, BRIAN WHITAKER |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, | ) Case No.: 2:19-CV-08808-PA-JC |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| 405 BEDFORD LP, a Delaware Limited Liability Company;<br>HCN G&L DOWNREIT II GP, LLC, a Delaware Limited Liability Company;<br>KAMAL BEVERLY HILLS LLC, a Limited Liability Company; and Does 1-10, | ) |
| Defendants, | ) |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: December 12, 2019        /s/ Amanda Lockhart Seabock
                                                Amanda Lockhart Seabock
                                                Attorney for Plaintiff