CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Steven G. Gatley, SB# 155986
Steven.Gatley@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
Attorneys for Defendants
405 Bedford LP and HCN G&L Downreit II GP, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>     v.<br><br>405 BEDFORD LP, a Delaware Limited Liability Company; HCN G&L DOWNREIT II GP, LLC, a Delaware Limited Liability Company; KAMAL BEVERLY HILLS LLC, a Limited Liability Company; and Does 1-10,<br><br>          Defendants. | Case: 2:19-CV-08808-PA-JC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs, and subject to reopening by any party if the settlement in principle fails to be consummated within sixty (60) days. Upon completion of the settlement documents and terms, the Parties shall file stipulation of dismissal with prejudice as to the entire matter.

Dated: January 02, 2020        CENTER FOR DISABILITY ACCESS

By:    /s/ Amanda Lockhart Seabock
       Amanda Lockhart Seabock
       Attorneys for Plaintiff

Dated: January 02, 2020        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Steven G. Gatley
       Steven G. Gatley
       Attorneys for Defendants
       405 Bedford LP and HCN G&L
       Downreit II GP, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Steven G. Gatley, counsel for 405 Bedford LP and HCN G&L Downreit II GP, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 02, 2020        CENTER FOR DISABILITY ACCESS

                                By:    /s/ Amanda Lockhart Seabock
                                       Amanda Lockhart Seabock
                                       Attorneys for Plaintiff